IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIFFANY TAGGART**  PLAINTIFF

v.   CASE NO. 4:24-CV-00390-BSM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice until December 27, 2024, at which time the case is dismissed with prejudice unless the parties provide notice that the settlement has not been completed.

IT IS SO ORDERED this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE